IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JESSE HARRIS, #116733, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 04-1018 T/An |
| | ) |
| FRED RANEY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER DENYING MOTION FOR EXTENSION OF TIME

Before the Court is Defendant Andy Haynes' Motion for Extension of Time to File Answer filed on October 26, 2004. On November 8, 2004 the Court granted another Motion for Extension of Time to File Answer by Defendant Andy Haynes, and Defendant Andy Haynes submitted his Answer to Plaintiff's Complaint on December 13, 2004. As such, the October 26, 2004 Motion for Extension of Time is **DENIED** as moot.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01018 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Jesse Harris
Riverbend Maximum Security Instution
116733
7475 Cockrill Bend Ind. Blvd.
Nashville, TN 37209--104

Fred Raney
90 Keystone Dr.
Tiptonville, TN 38079

Andy Haynes
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT