IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JESSE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 04-1018 T/An |
| | ) |
| FRED RANEY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER DENYING MOTION TO AMEND RESPONSE

Before the Court is Plaintiff's Motion to Amend Response to Defendant's Answer to the Complaint filed on January 18, 2005. The Federal Rules of Civil Procedure do not require nor authorize a Plaintiff to respond to an Answer to a Complaint filed by a Defendant. As such, Plaintiff's Motion to Amend his Response is not appropriate, is unnecessary, and should be **DENIED**.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 03, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/05/05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:04-CV-01018 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Jesse Harris
Riverbend Maximum Security Instution
116733
7475 Cockrill Bend Ind. Blvd.
Nashville, TN 37209--104

Fred Raney
90 Keystone Dr.
Tiptonville, TN 38079

Andy Haynes
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT