IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 04-1018 -T-An |
| ) | |
| FRED RANEY, et al., ) | |
| ) | |
| Defendants. ) | |

## RULE 16(b) SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

| | |
|---|---|
| **FILING MOTIONS TO JOIN PARTIES:** | September 15, 2005 |
| **FILING MOTIONS TO AMEND PLEADINGS:** | September 15, 2005 |
| **COMPLETING ALL DISCOVERY:**<br>pursuant to Rules 26-35 and Rule 37<br>of the Federal Rules of Civil Procedure | November 18, 2005 |
| **FILING PRE-TRIAL MOTIONS of any kind<br>including Motions for Summary Judgment:** | December 16, 2005 |

This order will not be modified except upon showing of good cause.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _06-17-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01018 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Andy Haynes
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

Jesse Harris
Riverbend Maximum Security Instution
116733
7475 Cockrill Bend Ind. Blvd.
Nashville, TN 37209--104

Fred Raney
90 Keystone Dr.
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT