IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JESSE HARRIS

    Plaintiff,

VS.   No. 04-1018-T

FRED RANEY, et al.,

    Defendants.

## ORDER OF REFERENCE

Plaintiff's Motion for Leave of Court to Serve a Second Set of Interrogatories is hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  09-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01018 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Andy Haynes
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

Jesse Harris
Riverbend Maximum Security Instution
116733
7475 Cockrill Bend Ind. Blvd.
Nashville, TN 37209--104

Fred Raney
90 Keystone Dr.
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT