IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE HARRIS, # 116733, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1018-T/An |
| | ) | |
| FRED RANEY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION OF PRISONER PLAINTIFF

Defendants, through the Office of the Attorney General of the State of Tennessee, move for leave of court to take the discovery deposition of Plaintiff Jesse Harris ("Plaintiff"). Plaintiff, who filed a pro se complaint against Defendants pursuant to 42 U.S.C. § 1983, is currently incarcerated by the Tennessee Department of Corrections ("TDOC"). Defendants therefore seek permission to depose Plaintiff notwithstanding his incarceration. Defendants Motion for Leave to Take Deposition of Prisoner Plaintiff is GRANTED; provided, however, that prior arrangements must be made with the warden or his designated representative to insure compliance with the facility's security regulations and

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on 10-19-05

that the deposition must be taken at a date, time, and place convenient to prison officials.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_18 October 2005_
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:04-CV-01018 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Fred Raney
90 Keystone Dr.
Tiptonville, TN 38079

Andy Haynes
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

Jesse Harris
Riverbend Maximum Security Instution
116733
7475 Cockrill Bend Ind. Blvd.
Nashville, TN 37209--104

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT